AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL T. DAVITT,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:08-cv-00653-LRH-VPC**

DEBI LIGHTSEY, et al.,

    Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to Plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account.


   \_\_December 29, 2008\_\_                                  **LANCE S. WILSON**
                                                                         Clerk

                                                             \_/s/ Kalani Lizares\_
                                                                    Deputy Clerk